JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H ROBERTS CONSTRUCTION, et al.,<br><br>Defendants. | Case No. CV 20-7024 FMO (ASx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT:

1. Judgment shall be entered in favor of plaintiff Construction Laborers Trust Funds for Southern California Administrative Company ("plaintiff") against defendants H Roberts Construction and Kathleen F. Roberts (collectively, "defendants").

2. Defendant H Roberts Construction shall pay plaintiff the total amount of $106,149.66, which is comprised of: (1) damages for unpaid contributions totaling $54,599.76; (2) interest of $6,954.65; (3) liquidated damages of $37,233.43; (4) $1,280.00 in audit fees; (5) $35.00 in check fees; (6) $5,602.06 in attorney's fees; and (7) $444.76 in costs.

3. Defendants H Roberts Construction and Kathleen F. Roberts shall be jointly and severally liable for $62,529.03 of the total amount to be paid to plaintiff, as compensation for the breach of the settlement agreement. This joint and several judgment is encompassed by, and not

in addition to, the above judgment of $106,149.66 awarded against defendant H Roberts Construction.

4. Defendant Kathleen F. Roberts shall additionally pay plaintiff the amount of $80.76 for service of process costs. This amount is exclusive of and not encompassed by the joint and several award of $62,529.03.

5. Defendant H Roberts Construction shall produce to plaintiff all books and records necessary to conduct an audit as required by the terms of the applicable collective bargaining agreements from March 1, 2017, through the date of the audit.

6. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 12th day of July, 2021.

/s/
Fernando M. Olguin
United States District Judge